IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT, OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Robert Sutton, | : | Case No. 3:20-cv-224 |
| | : | |
| Plaintiff, | : | Judge Walter H. Rice |
| | : | |
| vs. | : | |
| | : | |
| Diversity at Work Group, Inc. d/b/a United Courier, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on Defendants' Unopposed Motion to Transfer Venue (Doc. 7) from this Court to the United States District Court for the Southern District of Ohio, Western Division at Cincinnati, Ohio. For good cause shown, Defendants' Motion is **GRANTED**. The case shall hereby be **TRANSFERRED** to the United States District Court for the Southern District of Ohio, Western Division at Cincinnati, Ohio.

IT IS SO ORDERED

Date: 8-30-20

_____
Judge Walter H. Rice

Prepared by:

*/s/ Daniel J. Bennett*
Daniel J. Bennett (0079932)
Kooperman Mentel Ferguson Yaross Ltd.
100 South 4th Street, Suite 100
Columbus, Ohio 43215
Telephone: (614) 344-4800
Facsimile: (614) 344-4800
dbennett@kmfylaw.com
*Counsel for Defendants*